1

**RICHARD P. BERMAN #55462**
**Attorney at Law**

2
2333 MERCED STREET
FRESNO, CA 93721

3
PHONE (559) 233-2333
FAX (559) 233-6947

4

5
ATTORNEY FOR   Defendant, TIMOTHY BODINE

6

7

8
**UNITED STATES DISTRICT COURT**

9
**EASTERN DISTRICT OF CALIFORNIA**

10
\* \* \* \* \* \* \* \*

11
UNITED STATES OF AMERICA,                Case No.: **10-CRF-00231-LJO**

12
            **Plaintiff,**               **STIPULATION TO VACATE TRIAL**
                                         **DATE AND SET PLEA HEARING; AND**
13
        **vs.**                          **MODIFIED ORDER**

14
**TIMOTHY DAVID BODINE,**

15
            **Defendant.**

16

17
     If it pleases the Court:

18
     The parties herein, through their respective counsel, hereby

19
agree and stipulate that the trial date currently set for

20
February 22, 2012, be vacated as a settlement has been reached.

21
     The Plea Memorandum will be filed with this Honorable Court

22
today, January 30, 2012.

23
     It is hereby further agreed and stipulated that a plea

24
hearing be set for March 5, 2012, at 8:30 a.m. which is a date

25
after defense counsel is tentatively scheduled to be released by

26
his doctors to return to work.  A copy of counsel's doctor letter

27
is attached hereto at Exhibit "A."

28
///

The delay resulting from this continuance shall be excluded in the interests of justice under 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(ii).

Dated:  January 30, 2012.  Respectfully submitted,

LAW OFFICE OF RICHARD P. BERMAN


By   /s/ RICHARD P. BERMAN
     RICHARD P. BERMAN
     Attorney for Defendant,
     TIMOTHY BODINE

Dated: January 30, 2012.   BENJAMIN B. WAGNER
                           United States Attorney


By   /s/ JEREMY R. JEHANGIRI
     JEREMY R. JEHANGIRI
     Assistant U.S. Attorney

* * * * * * *

**ORDER**

**IT IS HEREBY ORDERED** that the February 22, 2012, trial date be continued to March 20, 2012.  If the plea does not occur on March 5, 2012, at 8:30 a.m., the trial is a sure-go.  Counsel need to be prepared for trial should the plea not take place.

**IT IS FURTHER ORDERED** that any delay resulting from this continuance shall be excluded in the interests of justice under 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(ii).


IT IS SO ORDERED.

**Dated:   January 31, 2012**          **/s/ Lawrence J. O'Neill**
                           UNITED STATES DISTRICT JUDGE